U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 1 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-00114 |
| | * | |
| VERSUS | * | 18 U.S.C. § 113(a)(3) |
| | * | 18 U.S.C. § 1791(a)(2) |
| | * | |
| ALFONSO MARTIN, | * | |
| SEAN SULLIVAN, & | * | JUDGE DEE D. DRELL |
| ALEXANDER MCKENZIE | * | MAGISTRATE JUDGE KIRK |

### INDICTMENT

THE GRAND JURY CHARGES:

**Count 1**
18 U.S.C. § 113(a)(3)
(Assault with a Dangerous Weapon)

On or about January 1, 2008, in the Western District of Louisiana, the Defendant, **SEAN SULLIVAN**, at a place within the special maritime and territorial jurisdiction of the United States, namely the U.S. Penitentiary in Pollock, Louisiana, did forcibly assault with a dangerous weapon an inmate at the U.S. Penitentiary in Pollock, Louisiana, in violation of Title 18, United States Code, Sections 113(a)(3). [18 U.S.C. § 113(a)(3)].

**Count 2**
18 U.S.C. § 1791
(Possessing Prison Contraband)

On or about January 1, 2008, in the Western District of Louisiana, the Defendants, **SEAN SULLIVAN, ALFONSO L. MARTIN** and **ALEXANDER MCKENZIE**, inmates at the U.S. Penitentiary in Pollock, Louisiana, possessed a prohibited object, to wit a weapon made out of a metal shank, in violation of Title 18, United States Code, Section 1791(a)(2). [18 U.S.C. §1791(a)(2)].

DONALD W. WASHINGTON
United States Attorney

By: *[signature]* CYTHERIA D. JERNIGAN (D.C. Bar #494742)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600