RECEIVED
IN ALEXANDRIA, LA
OCT 27 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 08-00114/02 |
| VERSUS | SECTION "P" |
| SEAN SULLIVAN | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that to withdraw as counsel by Mr. Beck is GRANTED and the Office of the Public Defender is ORDERED to assign new counsel. Defendant's motion, doc. #63, is DENIED AS MOOT. New Counsel must contact the AUSA who is to arrange a conference call with the undersigned for a new trial date.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 27th day of October, 2008.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**